BRIAN MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM

CHRISTOPHER C. SONG
CSONG@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

October 5, 2020

<u>VIA ECF:</u>
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21A
New York, New York 10007

> Re:  *SW Public Relations LLC v. Urgentrn LLC*
>       **Case No.: 1:20-cv-06283-NRB**

Dear Judge Buchwald:

This firm represents the interests of the Defendant in the above-referenced matter.  We write to respectfully request that the time for the Defendant to answer, move or otherwise respond to the Plaintiff's Complaint be extended to and include **November 4, 2020**.

Because the timing and proper effectuation of service is in question, the original date to respond to the Complaint is unclear.  However, no request for an extension of time was previously made.  This request is necessary as the undersigned was only recently retained and additional time is needed to evaluate the appropriate response to the Plaintiff's Complaint.  This request is not made to cause unnecessary delay, and the undersigned has contacted Plaintiff's counsel who consents to this request.

This is Defendants' First request for an extension of time.  The requested extension does not affect any other scheduled dates.

*SW Public Relations LLC v. Urgentrn LLC*
October 5, 2020
Page 2

We thank the Court for its attention to this matter.  Should you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Brian Middlebrook*

Brian Middlebrook, Esq.
Christopher C. Song, Esq.

CC:   All parties via ECF