IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| 5W PUBLIC RELATIONS LLC | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s), | ) | |
| v. | ) | |
| | ) | Case No.: 1:20-cv-06283 |
| URGENTRN LLC | ) | |
| Defendant(s). | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) 5W Public Relations LLC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Urgent RN LLC.

Dated: March 5, 2021

/s/ Alexander Kadochnikov
*Signature of plaintiffs or plainitiff's counsel*

80-02 Kew Gardens Road, Suite 600
*Address*

Kew Gardens, NY 11415
*City, State, & Zip Code*

(718)577-3261
*Telephone Number*